IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN N. THALASINOS<br>P.O. Box 919 Peck Slip Station<br>New York, New York 10272<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE HONORABLE FRANCIS J. HARVEY,<br>Secretary of the Army<br>Department of the Army<br>120 Army Pentagon<br>Washington, D.C. 20310-1020<br><br>　　　　　　Defendant. | Civil Action No. 05-1862 (EGS) |

**NOTICE OF APPEARANCE**

　　　The Clerk of the Court will please enter the appearance of Kevin K. Robitaille, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　KEVIN K. ROBITAILLE
　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　202-353-9895  / FAX 202-514-8780