IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN N. THALASINOS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE HONORABLE FRANCIS J. HARVEY, )<br>Secretary of the Army )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1862 (EGS) |

**DEFENDANTS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff brings this case under Administrative Procedure Act, 5 U.S.C. § 702, *et seq* and the military record correction statute, 10 U.S.C. §1552 challenging a decision of the Army Board For Correction of Military Records.   Defendant respectfully moves this Court for a thirty (30) day enlargement of time through and including April 13th 2006 within which to answer, move, or otherwise respond to the Complaint in this matter.  Good cause exists to grant this motion:

1. Defendant's answer, motion or other response to the Complaint is currently due March 13, 2006.

2. Defendant has been diligently working on this matter; however, defendant needs additional time to assemble the administrative record and address the factual and legal claims raised by plaintiff.

3.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4.  This is the first enlargement of time sought in this matter.

5.  Plaintiff through counsel indicates he does not oppose this relief.

For these reasons, defendant requests that the Court grant its Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed order is included with this Motion.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney


_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN N. THALASINOS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE HONORABLE FRANCIS J. HARVEY, )<br>Secretary of the Army )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1862 (EGS) |

**ORDER**

Upon consideration of Defendant's Unopposed Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including April 13, 2006, to answer, move or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____, 2006.

                                                                         Emmet G. Sullivan
                                                                         United States District Judge

Copies to:
Parties via ECF