## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN N. THALASINOS**  ) | |
| ) | |
| **Plaintiff,**  ) | |
| ) | |
| **v.**  ) | **Civil Action No. 05-1862 (EGS)** |
| ) | |
| **THE HONORABLE FRANCIS J. HARVEY,**  ) | |
| **Secretary of the Army**  ) | |
| ) | |
| **Defendant.**  ) | |
| ) | |
| ) | |

## DEFENDANTS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND

Plaintiff brings this case under Administrative Procedure Act, 5 U.S.C. § 702, *et seq* and the military record correction statute, 10 U.S.C. §1552 challenging a decision of the Army Board For Correction of Military Records.    Defendant respectfully moves this Court for a thirty (30) day enlargement of time through and including May 15th 2006 within which to answer, move, or otherwise respond to the Complaint in this matter.  Good cause exists to grant this motion:

1. Defendant's answer, motion or other response to the Complaint is currently due April 13, 2006.

2. Defendant's record center forwarded the wrong records and thus the adminitstraive record is not yet complete.  Defendant needs additional time to assemble the correct administrative record and address the factual and legal claims raised by plaintiff.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the second enlargement of time sought in this matter.

5. Plaintiff through counsel indicates he does not oppose this relief.

For these reasons, defendant requests that the Court grant its Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

Respectfully submitted,

_____/s/_____
KENNETH L.  WAINSTEIN., D.C.  Bar #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No.  434122
Assistant United States Attorney

_____/s/_____
KEVIN K ROBITAILLE
Special Assistant U.S.  Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C.  20530
(202) 353-9895

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **JONATHAN N. THALASINOS** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | )    **Civil Action No. 05-1862** |
|  | ) **(EGS)** |
|  | ) |
| **THE HONORABLE FRANCIS J. HARVEY,** | ) |
| **Secretary of the Army** | ) |
|  | ) |
| **Defendant.** | ) |
|  | ) |
|  | ) |

**ORDER**

Upon consideration of Defendant's Unopposed Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including May 15, 2006, to answer, move or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____, 2006.

_____
Emmet G. Sullivan
United States District Judge

Copies to:
Parties via ECF