IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN E. THALASINOS, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>SECRETARY OF THE ARMY, )<br>)<br>*Defendant.* ) | Civil Action No. 1:05-cv-01862-EGS |

### NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant hereby advises the Court that it will file its Administrative Record in the Clerk's office in CD-ROM format.

Respectfully Submitted,

_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney

_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895

OF COUNSEL:
LIEUTENANT COLONEL JOSEPH C. FETTERMAN
MAJOR CHRISTOPHER P. SOUCIE
Department of the Army
U.S. Army Litigation Division
901 North Stuart Street, Suite 400
Arlington, VA 22203-1837
703-696-1626

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May 2006, I caused the foregoing Notice of Filing and the Administrative Record in the above captioned case to be served on plaintiff, postage prepaid, addressed as follows:

David Patrick Sheldon
LAW OFFICE OF DAVID P. SHELDON
512 Eighth Street, SE
Washington, DC 20003-2834

_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780