IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JONATHAN E. THALASINOS | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-cv-01862-EGS |
| | ) | |
| SECRETARY OF THE ARMY, | ) | |
| | ) | |
| *Defendant.* | ) | |

## DEFENDANT'S MOTION TO DISMISS, IN PART,
## AND FOR SUMMARY JUDGMENT

Defendant hereby moves to dismiss Plaintiff's Complaint, in part, pursuant to Rules

12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for lack of subject matter

jurisdiction and failure to state a claim upon which relief can be granted.  Defendant moves for

summary judgment on Plaintiff's remaining claims pursuant to Rule 56 of the Federal Rules of

Civil Procedure because there is no genuine issue as to any material fact and Defendant is

entitled to judgment as a matter of law.  In support of this motion, Defendant respectfully

submits the attached memorandum of points and authorities, statement of material facts not in

genuine dispute, administrative record, and a proposed order.

Respectfully Submitted,

_____/s/_____
KENNETH L.  WAINSTEIN., D.C.  Bar #451058
United States Attorney

_____/s/_____

RUDOLPH CONTRERAS D.C. Bar No.  434122
Assistant United States Attorney


_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S.  Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C.  20530
(202) 353-9895

OF COUNSEL:
LIEUTENANT COLONEL JOSEPH C. FETTERMAN
MAJOR CHRISTOPHER P. SOUCIE
Department of the Army
U.S. Army Litigation Division
901 North Stuart Street, Suite 400
Arlington, VA 22203-1837
703-696-1626