IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN E. THALASINOS ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-01862-EGS |
| ) | |
| SECRETARY OF THE ARMY, ) | |
| ) | |
| *Defendant.* ) | |

**ORDER**

Upon consideration of Defendants' Motion for Summary Judgment, and the opposition thereto, and the Court having considered the entire record herein, it is, this _____ day of _____, 2006,

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that judgment shall be entered for Defendant, and that this matter is hereby DISMISSED WITH PREJUDICE.

This is a final, appealable order.

Dated this _____ day of _____, 2006.

_____
Emmet G. Sullivan
United States District Judge

Copies to:
Parties via ECF