# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN N. THALASINOS,  )<br>  )<br>    *Plaintiff*,  )<br>  )<br>v.  )<br>  )<br>THE HONORABLE  )<br>    FRANCIS J. HARVEY,  )<br>  )<br>    *Defendant*.  )<br>_____) | Civil Action No. 1:05CV01862 |

## **CONSENT MOTION FOR ENLARGEMENT OF TIME**

Plaintiff hereby moves this court for an enlargement of time for filing an Opposition to Motion for Summary Judgment. Specifically, plaintiff requests an enlargement of sixty (60) for the filing of his Opposition to Motion for Summary Judgment. The motion is currently due on May 26, 2006. If this motion is granted, the Opposition Motion for Summary Judgment will be due on July 25, 2006.

In considering this motion, undersigned counsel respectfully asks the Court to consider that he has an extensive litigation and administrative docket, including:

    May 16-23, 2006: travel to Charleston, South Carolina and Pearl Harbor, Hawaii for court martial proceedings

    June 1, 2006: appearance before Army Clemency and Parole Board

    June 2, 2006: filing a certiorari petition due before the Supreme Court

    June 5-9, 2006: travel to United States Naval Station Rota, Spain for proceedings related to a court martial

    June 26-28, 2006: travel to Langley Air Force Base for court martial proceedings

Counsel for plaintiff has contacted the opposing counsel, who stated his consent to this motion. Plaintiff has received no previous extensions of time and does not anticipate seeking any additional time.

A proposed order is attached.

                    Respectfully submitted,

                    /s/

David P. Sheldon (446039)
Law Offices of David P. Sheldon
512 8th Street, SE
Washington, DC 20003
(202) 546-9575 (phone number)
(202) 546-0135 (facsimile number)

*Attorney for Plaintiff*