# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN N. THALASINOS,  ) | |
| ) | |
| *Plaintiff*,  ) | |
| ) | |
| v.  ) | Civil Action No. 1:05CV01862 |
| ) | |
| THE HONORABLE  ) | |
|     FRANCIS J. HARVEY,  ) | |
| ) | |
| *Defendant*.  ) | |
| _____) | |

## ORDER

Upon consideration of Plaintiff's Consent Motion for Enlargement of Time to file an Opposition to Motion for Summary Judgment, and for good cause shown, it is, this _____ day of May 2006,

ORDERED:

that Plaintiff's motion is hereby GRANTED; and, it is,

FURTHER ORDERED:

that Plaintiff shall file an Opposition to Motion for Summary Judgment on or before July 25, 2006.

_____
United States District Judge

Serve:

David P. Sheldon
Law Offices of David P. Sheldon, P.L.L.C.
512 8th Street, SE
Washington, D.C. 20003

Kevin K. Robitaille
Special Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C.  20530