UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JONATHAN E. THALASINOS, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Civil No. 1:05-cv-01862-EGS |
| SECRETARY OF THE ARMY, | ) ) ) | |
| *Defendant*. | ) | |

**CONSENT MOTION TO ENLARGE TIME FOR PLAINTIFF
TO RESPOND TO DEFENDANT'S MOTIONS
TO DISMISS AND FOR SUMMARY JUDGMENT**

Plaintiff hereby moves for a 30-day enlargement of time in which to respond to Defendant's Motions to Dismiss and for Summary Judgment. On July 17, 2006, undersigned counsel consulted with counsel, Kevin K. Robitaille, who gave his consent to this motion.

The enlargement of time is required for the following reasons: (1) Defendant's Motions raise substantial issues; (2) Counsel for Plaintiff has an extensive docket that includes numerous hearings, including a week long court-martial proceeding at Langley Air Force Base, Virginia in the matter of *United States v. Byarlay* the week of June 26, 2006, a week long court-martial proceeding at Randolph Air Force Base, San Antonio, Texas in the matter of *United States v. Harding*, the week of July 10, 2006; counsel also filed a Petition for Habeas Corpus in a capital case in the Northern District of Texas on June 20, 2006 in the matter of *Hall v. Dretke*. Counsel also must attend a pre trial hearing in Baghdad, Iraq from July 30-August 8, 2006 in the matter of *United States v. Barker*.

Plaintiff's responsive pleading to Defendant's motions is due on or before July 25, 2006. If the Court grants this Motion to enlarge time, then Plaintiff's responsive pleading will be due on or before August 24, 2006. Plaintiff has previously filed one request for an enlargement of time. This will be the final request for an enlargement of time.

WHEREFORE, Plaintiff requests that the Court grant the motion. A proposed Order is attached.

Respectfully submitted,

/s/

David P. Sheldon (446039)
LAW OFFICES OF DAVID P. SHELDON, PLLC
Barracks Row
512 8th Street, S.E.
Washington, D.C. 20003
(202) 546-9575

Attorney for Plaintiff

July 17, 2006