UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN E. THALASINOS ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil No. 1:05-cv-01862-EGS |
| ) | |
| SECRETARY OF THE ARMY, ) | |
| ) | |
| *Defendant*. ) | |

**ORDER**

Upon Consideration of Plaintiff's Consent Motion to Enlarge Time for Plaintiff to Respond to Defendant's Motions to Dismiss and for Summary Judgment, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff's consent motion is granted. Plaintiff shall file a responsive pleading on or before August 24, 2006.


Date: _____    _____
                                                        The Honorable Emmet G. Sullivan
                                                        District Judge


Service: ECF