# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN E. THALASINOS, )<br>)<br>*Plaintiff*, )<br>)<br>v.                                           )   Civil Action No. 1:05-cv-01862-EGS<br>)<br>SECRETARY OF THE ARMY,      )<br>)<br>*Defendant*.    )<br>_____) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT
## OF MATERIAL FACTS WHICH ARE NOT IN DISPUTE

Plaintiff respectfully submits this response to Defendant's statement of material facts which are not in genuine dispute.

1. Agree (although Defendant's page citations to the Administrative Record are incorrect).[1]

2. Agree.

3. Agree

4. Agree.

5. Disagree in part. Agree MG Thomas conducted the Article 15 proceedings, but disagree that MG Thomas was convinced beyond a reasonable doubt that Plaintiff committed larceny. The

---

[1] As stated herein, Plaintiff agrees that a number of the facts contained in Defendant's with Statement of Material Facts are not in dispute. However, Plaintiff notes that Defendant's citations to page numbers in the Administrative Record are incorrect. Therefore, despite agreeing with many of the facts asserted by Defendant, Plaintiff specifically states that he does not agree with all of the page references cited by Defendant in support of such facts.

General Officer Memorandum of Reprimand ("MOR") issued by MG Thomas stated that the "initial police report has convinced me that you **attempted** to commit the above alleged shoplifting incident." Admin. Rec. at 229 (emphasis added). Moreover, MG Thomas directed that the MOR be placed in the restricted, as opposed to performance, portion of his OMPF so that Plaintiff could continue his military career. Admin. Rec. at 71, 78-79, 86, 229.

6. Agree.

7. Agree.

8. Agree.

9. Agree.

10. Agree.

11. Agree.

12. Agree.

13. Disagree in part. MG Collins appointed Colonel McCarthy as both the President and the Legal Advisor of the Administrative Separation Board.

14. Agree.

15. Agree.

16. Agree.

17. Agree.

18. Agree.

19. Agree.

20. Agree.

21. Agree.

22 Agree.

23. Agree.

24. Agree.

Respectfully submitted,

*/s/ David P. Sheldon*

David P. Sheldon (446039)
LAW OFFICES OF DAVID P. SHELDON, PLLC
Barracks Row
512 8th Street, S.E.
Washington, D.C. 20003
(202) 546-9575

Attorney for Plaintiff

August 18, 2006