UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN E. THALASINOS,<br><br>*Plaintiff,*<br><br>v.<br><br>SECRETARY OF THE ARMY,<br><br>*Defendant.* | Civil Action No. 1:05-cv-01862-EGS |

## ORDER

Upon consideration of Defendant's motion to dismiss for lack of subject matter jurisdiction and failure to state a claim upon which relief may be granted or alternatively for summary judgment, and Plaintiff's opposition to Defendant's motion to dismiss and motion for summary judgment, and Plaintiff's cross-motion for summary judgment, and the Court having considered the pleadings and records in this matter, it is hereby

ORDERED that the Defendant's motion to dismiss is DENIED,

ORDERED that the Defendant's motion for summary judgment is DENIED, and

ORDERED that Plaintiff's cross-motion for summary judgment is GRANTED.

Date:_____

_____
The Honorable Emmet G. Sullivan
United States District Judge