IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN N. THALASINOS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE HONORABLE FRANCIS J. HARVEY, ) <br> Secretary of the Army ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05-1862 (EGS) |

### DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE DEFENDANT'S REPLY AND OPPOSITION

Plaintiff brings this case under Administrative Procedure Act, 5 U.S.C. § 702, *et seq* and the military record correction statute, 10 U.S.C. §1552 challenging a decision of the Army Board For Correction of Military Records.   Defendant respectfully moves this Court an enlargement of time through and including October 2, 2006 within which to file Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Defendant's Reply to Plaintiff's Cross-Motion for Summary Judgment.   Good cause exists to grant this motion:

1. Defendant's opposition is currently due September 2, 206 and its reply is currently due August 30, 2006.

2. Defendant needs additional time to address the factual and legal claims raised by plaintiff.

3.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4.  This is the first enlargement of time sought regarding this reply and opposition.

5.  Plaintiff through counsel consents to this motion.

For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which file Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Defendant's Reply to Plaintiff's Cross-Motion for Summary Judgment. A proposed order is included with this Motion.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____/s/_____
KEVIN K ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN N. THALASINOS** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**THE HONORABLE FRANCIS J. HARVEY,** )<br>Secretary of the Army )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 05-1862 (EGS) |

**ORDER**

Upon consideration of Defendant's Unopposed Motion for an Enlargement of Time to file Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Defendant's Reply to Plaintiff's Cross-Motion for Summary Judgment, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including October 2, 2006, to file its opposition and reply.

Dated this _____ day of _____, 2006.

                                                                         Emmet G. Sullivan
                                                                         United States District Judge

Copies to:
Parties via ECF