IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JONATHAN N. THALASINOS,        ) | |
| ) | |
| Plaintiff,        ) | |
| ) | |
| v.        ) | Civil Action No. 05-1862 (EGS) |
| ) | |
| THE HONORABLE FRANCIS J. HARVEY,        ) | |
| Secretary of the Army        ) | |
| ) | |
| Defendant.        ) | |
| ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO FILE DEFENDANT'S REPLY AND OPPOSITION**

Plaintiff brings this case under Administrative Procedure Act, 5 U.S.C. § 702, *et seq* and the military record correction statute, 10 U.S.C. §1552, challenging a decision of the Army Board For Correction of Military Records.   Defendant respectfully moves this Court for a three (3) day enlargement of time through and including October 5, 2006 within which to file Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Defendant's Reply to Plaintiff's Cross-Motion for Summary Judgment.   Good cause exists to grant this motion:

    1. Defendant's opposition and reply are currently due October 2, 2006.

    2. Defendant has been diligently working on this matter; however, undersigned counsel has had to respond on short notice to two motions for emergency injunction pending appeal and therefore, defendant needs additional time to address the factual and legal claims raised by plaintiff.

    3.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the second enlargement of time sought regarding this reply and opposition.

5. Undersigned counsel attempted to contact Plaintiff's counsel but has been unable to reach him.

For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which file Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Defendant's Reply to Plaintiff's Cross-Motion for Summary Judgment. A proposed order is included with this Motion.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JONATHAN N. THALASINOS**          )<br>                                                             )<br>                     **Plaintiff,**           )<br>                                                             )<br>       v.                                                )  Civil Action No. 05-1862 (EGS)<br>                                                             )<br>**THE HONORABLE FRANCIS J. HARVEY,** )<br>**Secretary of the Army**                )<br>                                                             )<br>                     **Defendant.**         )<br>                                                             )<br>                                                             ) | |

**ORDER**

Upon consideration of Defendant's Motion for an Enlargement of Time to file Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Defendant's Reply to Plaintiff's Cross-Motion for Summary Judgment, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including October 5, 2006, to file its opposition and reply.

Dated this _____ day of _____, 2006.

                                                                            Emmet G. Sullivan
                                                                            United States District Judge

Copies to:
Parties via ECF