UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JONATHAN E. THALASINOS, )
)
   *Plaintiff*, )
)
v. )  Civil No. 1:05-cv-01862-EGS
)
SECRETARY OF THE ARMY, )
)
   *Defendant*. )
_____)

**CONSENT MOTION TO ENLARGE TIME FOR PLAINTIFF TO REPLY
TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S CROSS-MOTION
FOR SUMMARY JUDGMENT**

Plaintiff hereby moves for a 30-day enlargement of time in which to reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment. On October 6, 2006, undersigned counsel consulted with counsel, Kevin K. Robitaille, who gave his consent to this motion.

The enlargement of time is required for the following reasons: (1) Defendant's opposition brief raises substantial issues; and (2) Counsel for Plaintiff has an extensive docket that includes numerous hearings.

Plaintiff's reply is due on or before October 13, 2006. If the Court grants this Motion to enlarge time, then Plaintiff's reply will be due on or before November 13, 2006. Plaintiff has filed no previous requests for enlargement of time regarding this reply.

WHEREFORE, Plaintiff requests that the Court grant the motion.

                                    Respectfully submitted,

                                    */s/ David P. Sheldon*

                                    David P. Sheldon (446039)
                                    LAW OFFICES OF DAVID P. SHELDON, PLLC
                                    Barracks Row
                                    512 8th Street, S.E.
                                    Washington, D.C. 20003
                                    (202) 546-9575

                                    Attorney for Plaintiff

October 12, 2006