UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
JONATHAN N. THALASINOS,        )
                               )
            Plaintiff,         )
                               )
     v.                        )   Civil Action No. 05-1862 (EGS)
                               )
FRANCIS J. HARVEY,             )
Secretary of the Army,         )
                               )
            Defendant.         )
_____)
```

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion to Dismiss, in Part, and for Summary Judgment is **GRANTED IN PART AND DENIED IN PART**; and it is

**FURTHER ORDERED** that Plaintiff's Cross-Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART**; and it is

**FURTHER ORDERED** that this case is remanded to the Secretary of the Army for further proceedings consistent with the accompanying Memorandum Opinion.

**SO ORDERED.**

**Signed:**   **Emmet G. Sullivan**
              **United States District Judge**
              **March 27, 2007**